## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAYNE ZILICH,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-2814** |
| : | |
| **v.** : | **(MANNION, D.J.)** |
| : | **(MEHALCHICK, M.J.)** |
| **DR. DOLL,** *et al.*, | |
| : | |
| **Defendants** : | |
| : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report and recommendation of Judge Mehalchick, (Doc. 26), is **ADOPTED IN FULL**. The defendants' motions to dismiss, (Docs. 11, 17), are **GRANTED**, and plaintiff's complaint, (Doc. 1), is **DISMISSED without prejudice**. Plaintiff's motion to amend his complaint, (Doc. 23), is **GRANTED**. Plaintiff must file his Amended complaint on or before January 30, 2015. Upon the filing of his amended complaint, plaintiff must provide a valid address for Dr. Symons so that service may be effectuated upon him. The case is remanded to Judge Mehalchick for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 24, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2814-01-order.wpd