**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WAYNE ZILICH,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-2814** |
| : | |
| v. : | **(MANNION, D.J.)** |
| : | **(MEHALCHICK, M.J.)** |
| **DR. DOLL,** *et al*., : | |
| : | |
| **Defendants** : | |
| : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report and recommendation of Judge Mehalchick, (Doc. 43), is **ADOPTED IN FULL**. The defendants' motions to dismiss, (Docs. 34, 36), are **GRANTED**, and Medical Review Board and Dr. Doll are **DISMISSED WITH PREJUDICE**. All claims against defendants Lamas and Dr. Symons are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915A(b)(1) and §1915(e)(2)(B)(ii). Plaintiff's amended complaint, (Doc. 33), alleging an Eighth Amendment deliberate indifference claim that defendant Williams denied him shoulder surgery is **ALLOWED TO PROCEED**. All other claims against defendant Williams are **DISMISSED WITH PREJUDICE**. The case is remanded to Judge Mehalchick for further proceedings only as against defendant Williams.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: January 11, 2016