**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**WAYNE ZILICH,**                                   :

                                                    :

    **Plaintiff**                          :          **CIVIL ACTION NO. 3:13-2814**

                                                    :

      **v.**                           :                    **(MANNION, D.J.)**
                                                    :                    **(MEHALCHICK, M.J.)**
**DR. DOLL,** *et al.*,                             :

                                                    :

    **Defendants**                         :

                                                    :

**O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report and recommendation of Judge Mehalchick, (Doc. 64), is **ADOPTED IN FULL**. Defendant Williams' motion for summary judgment regarding plaintiff's remaining Eighth Amendment claim, (Doc. 53), is **GRANTED**. **JUDGMENT** is entered in favor of defendant Williams and against plaintiff Zilich. The clerk is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 11, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2814-05-Order.wpd